UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORUCH LOWENBEIN on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>Defendant. | **Civil Action No. 11-cv-1144-CBA** |

### RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Defendant, NCO Financial Systems, Inc. ("NCO"), through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. NCO Financial Systems, Inc., a Pennsylvania corporation, and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc, a Delaware corporation. Various corporate affiliates of Citigroup Inc. own approximately 7% of NCO Group, Inc. stock. One Equity

Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

Dated: June 7, 2011

                                                Respectfully Submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
Attorney for Defendant
NCO Financial Systems, Inc.
200 Route 31 North, Suite 203
Flemington, NJ 08822
(908) 751-5940
fax (908) 751-5944
aeasley@sessions-law.biz

## CERTIFICATE OF SERVICE

I certify that on this 7th day of June 2011, a copy of **Defendant NCO Financial Systems, Inc.'s Rule 7.1(a) Corporate Disclosure Statement** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Adam J. Fishbein, Esq.
ADAM J. FISHBEIN, P.C.
483 Chestnut Street
Cedarhurst, New York 11516
Tel.: (516) 791-4400
Fax.: (516) 791-4411
Attorney for Plaintiff

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
Attorney for Defendant
NCO Financial Systems, Inc.