UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORUCH LOWENBEIN on behalf of
himself and all others similarly situated,

Plaintiff,

v.

COLLECTCORP CORPORATION,

Defendant.

**Civil Action No. 1:11-cv-01141-JBW-RLM**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Oruch Lowenbein, and defendant, Collectcorp Corporation, ("Collectcorp"), hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims against Collectcorp with each side to bear its own fees and costs.

Dated, this 9th day of November, 2011.

/s/ Adam J. Fishbein
Adam J. Fishbein, Esq.
483 Chestnut Street
Cedarhurst, NY 11516
Telephone: (516) 791-4400
Counsel for Plaintiff
Oruch Lowenbein

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel LLC
200 Route 31 North, Suite 203
Flemington, NJ 08822
Telephone: (908) 751-5940
Counsel for Defendant,
Collectcorp Corporation

_____
U.S.D.J.